UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

KIMBERLY HOLLAND,

                      Plaintiff,                    **ORDER**

    v.

                                              **18-CV-252V(F)**

LIVINGSTON MUTUAL INSURANCE COMPANY,

                      Defendant.
_____

Oral argument on Plaintiff's Motion to Compel filed November 7, 2018 (Dkt. 25) has been set for:

    Place:           United States Courthouse
                       2 Niagara Square
                       Buffalo, New York

    Date and Time:    **December 4, 2018 at 2:30 p.m.**

Responses shall be filed not later than **November 21, 2018.** Replies, if any, shall be filed not later than **November 28, 2018.** No adjournments shall be permitted except upon showing of good cause.

SO ORDERED.

                                                 /s/ *Leslie G. Foschio*

                                          _____
                                               LESLIE G. FOSCHIO
                                  UNITED STATES MAGISTRATE JUDGE

Dated:  November 8, 2018
         Buffalo, New York